# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES L. ROUSE,

    Plaintiff,

v.                                               Case No: 8:14-cv-497-T-30AEP

NATIONSTAR MORTGAGE, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Motion to Seal Portion of Composite Exhibit 1 to Defendant's Motion for Summary Judgment (Dkt. #39). Defendant seeks leave to file a copy of an agreement, upon which Plaintiff relies, in support of its Motion for Summary Judgment (Dkt. #36).

Plaintiff did not attach a complete copy of the agreement to his complaint and Defendant did not have one in its possession. Defendant issued a subpoena to Auction.com, the entity that possessed the agreement and other documents related to the transaction at issue in this case. In its response to the subpoena, Auction.com provided a Bates-stamped package including a cover letter and the following documents: (1) "Exhibit A": a copy of the subpoena, (2) "Exhibit B": all documents responsive to the subpoena and (3) "Exhibit C": a Declaration of Custodian of Records (collectively the "Auction.com Documents"). "Exhibit B" of the Auction.com Documents contains the Plaintiff's confidential financial information and the Defendant's confidential proprietary information.

Although Plaintiff objects to the Motion, the parties agreed at deposition to use the documents with the expectation that they would enter into a confidentiality agreement at a later date. The Court concludes that Defendant has demonstrated sufficient cause to file the documents under seal.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Seal Portion of Composite Exhibit 1 to Defendant's Motion for Summary Judgment (Dkt. #39) is **GRANTED**.

2. The Clerk of Court shall file "Exhibit B" of the Auction.com Documents as more fully described in the Motion under seal.

3. The aforementioned documents shall remain under seal until further order of this Court.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-497 seal.docx